IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>BASKINS, MICHAEL L<br>BASKINS, STEPHANIE L.<br>MASONRY, BASKINS<br>MASONRY, BASKINS<br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-70652 MB<br><br>Judge MANUEL BARBOSA |

**TRUSTEE'S FINAL REPORT**

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES <u>STEPHEN G. BALSLEY</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on <u>03/06/08</u>. The Trustee was appointed on 03/06/08. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>3,000.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of November 10, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $_____4,500.71 |
| b. | DISBURSEMENTS (See Exhibit C) | $_____0.00 |
| c. | NET CASH available for distribution | $_____4,500.71 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |

|   |   | 1. | Trustee compensation requested (See Exhibit F) | $ | 1,125.18 |
|---|---|---|---|---|---|
|   |   | 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
|   |   | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 1,750.00 |
|   | e. | | Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5. The Bar Date for filing unsecured claims expired on 07/21/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   | a. | Allowed unpaid secured claims | $ | 0.00 |
|---|---|---|---|---|
|   | b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 2,875.18 |
|   | c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
|   | d. | Allowed priority claims | $ | 10,811.97 |
|   | e. | Allowed unsecured claims | $ | 19,176.08 |
|   | f. | Surplus return to debtor | $ | 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $3,428.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,428.50.

9. A fee of $1,200.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:　November 10, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BASKINS, MICHAEL L
BASKINS, STEPHANIE L.
MASONRY, BASKINS
MASONRY, BASKINS
　　Debtor(s)

CASE NO. 08-70652 MB

Judge MANUEL BARBOSA

## DISTRIBUTION REPORT

I, **STEPHEN G. BALSLEY**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,875.18 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 1,625.53 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 4,500.71 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $2,875.18 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,125.18 | 1,125.18 |
| | Stephen G. Balsley, Attorney for Trustee | 1,500.00 | 1,500.00 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 250.00 | 250.00 |
| | | TOTAL $ | 2,875.18 |

$1,625.53 for priority creditors, in the order specified in 11 U.S.C. §507(a)(1)(B)-(a)(10), itemized as follows:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $10,811.97 | 15.03% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Illinois Department of Employment Security | 450.14 | 67.68 |
| 9 | Dept of the Treasury - Internal Revenue Service | 10,361.83 | 1,557.85 |
| | | TOTAL $ | 1,625.53 |

d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $19,176.08, yielding a dividend of 0.00%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $19,176.08 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | Target National Bank | 495.39 | 0.00 |
| 3 | Town of Cortland | 199.01 | 0.00 |
| 4 | PYOD, LLC/Citibank | 2,299.13 | 0.00 |
| 5 | Citibank (South Dakota) N.A. | 2,111.32 | 0.00 |
| 6 | RRCA Accounts Management | 1,591.19 | 0.00 |
| 7 | Dell Financial Services, LLC | 2,475.53 | 0.00 |
| 8 | Capital One Bank (USA), N.A. | 3,101.47 | 0.00 |
| 9.1 | Dept of the Treasury - Internal Revenue Service | 6,903.04 | 0.00 |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 10 | Dept of the Treasury - Internal Revenue Service<br>P.O. Box 21125<br>Philadelphia, PA 19114 | $ 10,361.83 | Disallowed – withdrawn by claimant |
| Unsecured | 10.1 | Dept of the Treasury - Internal Revenue Service<br>P.O. Box 21125<br>Philadelphia, PA 19114 | $ 6,903.04 | Disallowed – withdrawn by claimant |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   November 10, 2008            /s/Stephen G. Balsley
                                      STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 1,125.18 | $ 1,125.18 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 1,500.00 | $ 1,500.00 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ 0.00 | $ 250.00 | $ 250.00 |
| **TOTALS** | **$ 0.00** | **$ 2,875.18** | **$ 2,875.18** |

# EXHIBIT A

# TASKS PERFORMED

## MICHAEL L. BASKINS AND STEPHANIE L. BASKINS
## CHAPTER 7 BANKRUPTCY CASE NO. 08-70652

The Trustee discovered at the Section 341 Meeting of Creditors that the Debtors had made $3,000.00 preferential transfers to three individuals. The Trustee undertook recovery of these funds. The Trustee settled two of the transfers for $2,250.00 each, which compromises were approved by Order of the Court on August 11, 2008 and October 20, 2008. The third transfer was made to Pauline Aurand. Upon investigation, the Trustee determined that Pauline Aurand was insolvent, and the claim against her was uncollectible. The Trustee filed a Motion to abandon that claim, which Motion was granted by the Court on October 20, 2008.

The Trustee has reviewed the claims filed in this case and has objected to Claim #10 filed by the Department of the Treasury – Internal Revenue Service as a duplicate of Claim #9. The Trustee has determined no income tax returns are necessary for this bankruptcy estate.

The attorney for the Trustee has reduced his request for compensation by 47% in order that there will be funds for a distribution to priority claimants.


SGB:vcg

EXHIBIT B

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-70652 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | BASKINS, MICHAEL L | Filed (f) or Converted (c): | 03/06/08 (f) |
| | BASKINS, STEPHANIE L. | §341(a) Meeting Date: | 04/17/08 |
| Period Ending: | 11/10/08 | Claims Bar Date: | 07/21/08 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Business checking account Resource Bank | 2.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account Sycamore Credit Union | 25.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2000 Chevy Astro Van | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1978 Dump Truck | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Snowmobile non-running | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2004 Dodge Ram | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc office equipment | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | Preferential payment - Arlie Sandusky (u) | 2,250.00 | 2,250.00 | | 2,250.00 | FA |
| 12 | Preferential payment - Pauline Aurand (u) | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | Preferential payment - Steven Aurand (u) | 2,250.00 | 2,250.00 | | 2,250.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.71 | FA |
| 14 | Assets Totals (Excluding unknown values) | $33,627.00 | $4,500.00 | | $4,500.71 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 11/10/2008 01:05 PM   V.10.54

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 08-70652 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | BASKINS, MICHAEL L | Filed (f) or Converted (c): | 03/06/08 (f) |
| | BASKINS, STEPHANIE L. | §341(a) Meeting Date: | 04/17/08 |
| Period Ending: | 11/10/08 | Claims Bar Date: | 07/21/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  December 1, 2008          Current Projected Date Of Final Report (TFR):  November 10, 2008 (Actual)

Printed: 11/10/2008 01:05 PM    V.10.54



Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-70652 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BASKINS, MICHAEL L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BASKINS, STEPHANIE L. | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | 36-4467820 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/10/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/08 | {11} | Arlie Sandusky | Payment for preference | 1241-000 | 2,250.00 | | 2,250.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.19 | | 2,250.19 |
| 10/01/08 | {13} | Steven W. Aurand | Payment towards preference | 1241-000 | 2,250.00 | | 4,500.19 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.47 | | 4,500.66 |
| 11/05/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1000% | 1270-000 | 0.05 | | 4,500.71 |
| 11/05/08 | | To Account #*********4066 | Tranfer funds from MMA to checking account | 9999-000 | | 4,500.71 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,500.71 | 4,500.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,500.71 | |
| | | | Subtotal | | 4,500.71 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,500.71 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-70652 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | BASKINS, MICHAEL L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BASKINS, STEPHANIE L. | Account: | ***-*****40-66 - Checking Account |
| Taxpayer ID #: | 36-4467820 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/10/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/08 | | From Account #********4065 | Tranfer funds from MMA to checking account | 9999-000 | 4,500.71 | | 4,500.71 |
| | | | ACCOUNT TOTALS | | 4,500.71 | 0.00 | $4,500.71 |
| | | | Less: Bank Transfers | | 4,500.71 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****40-65 | 4,500.71 | 0.00 | 0.00 |
| Checking # ***-*****40-66 | 0.00 | 0.00 | 4,500.71 |
| | $4,500.71 | $0.00 | $4,500.71 |