Case Name: BASKINS, MICHAEL L.
          BASKINS, STEPHANIE L.
          DBA BASKINS MASONRY
Case No:   08-70652

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 18, 2008        WILLIAM T. NEARY
                                          United States Trustee, Region 11

                                      BY:   */s/ Carole J. Ryczek*
                                                CAROLE J. RYCZEK
                                                Attorney for the U.S. Trustee