IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BASKINS, MICHAEL L
BASKINS, STEPHANIE L.
MASONRY, BASKINS
MASONRY, BASKINS
    Debtor(s)

CASE NO. 08-70652 MB

Judge MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-9665

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:   U.S. BANKRUPTCY COURT
   211 South Court Street, Room 115
   Rockford, IL 61101

   on:  December 17, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,125.18 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | 1,500.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 250.00 |

4. The Trustee's Final Report shows total:

   a. Receipts                             $ 4,500.71

   b. Disbursements                 $ 0.00

   c. Net Cash Available for Distribution  $ 4,500.71

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $10,811.97. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors

whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $19,176.08, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The debtor has not been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

                                                Respectfully submitted,

DATE:   November 10, 2008           /s/Stephen G. Balsley
                                                STEPHEN G. BALSLEY
                                               6833 STALTER DRIVE
                                               ROCKFORD, IL 61108
                                               815/962-6611

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 2              Date Rcvd: Nov 19, 2008
Case: 08-70652                 Form ID: pdf002             Total Served: 33


The following entities were served by first class mail on Nov 21, 2008.
db           +Michael L Baskins,    1380 N. Main Street,    Sycamore, IL 60178-1137
jdb          +Stephanie L. Baskins,    1380 N. Main Street,    Sycamore, IL 60178-1137
aty          +John C Redington,    Tess and Redington,    P. O. Box 68,    Rochelle, IL 61068-0068
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
12010749     +Bronson & Migliaccio, LLP,    799 Roosevelt Road, Bldg 6, Suite 316A,    Glen Ellyn, IL 60137-5908
12293529     +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
12010751      CB Accounts Inc,    P.O. Box 50,    Arrowsmith, IL 61722-0050
12010750      Capital One,    P.O. Box 5294,    Carol Stream, IL 60197-5294
12010752      Citi Cards,    P.O. Box 688909,    Des Moines, IA 50368-8909
12010753     +Citi Financial,    1812 Sycamore Road, Suite 3,    DeKalb, IL 60115-2004
12010754      CitiBusiness Card,    PP.O. Box 688910,    Des Moines, IA 50368-8910
12010755      CitiFinancial,    P.O. Box 6931,    The Lakes, NV 88901-6931
12214493      Citibank (South Dakota) N.A.,    Exception Payment Processing,    P.O. Box 6305,
               The Lakes, NV  88901-6305
12010756     +Cranial Technologies,    1395 W. Auto Drive,    Tempe, AZ 85284-1026
12229759      Dell Financial Services, LLC,    c/o Resurgent Capital Services,    P.O. Box 10390,
               Greenville, SC 29603-0390
12010757     +Direct TV,    P.O. Box 78626,    Phoenix, AZ 85062-8626
12010759     +Geneva Family Practice,    302 Randall Road, Suite 202,    Geneva, IL 60134-4207
12010761     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Dept of the Treasury-Internal Revenue Service,    POB 21126,
               Philadelphia PA 19114)
12171433     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2804
12010760      Illinois Dept of Employment Security,    Springfield, IL
12010764      NCO Financial Systems,    P.O. Box 15889,    Wilmington, DE 19850-5889
12010762      Nation Wide Credit,    P.O. Box 740640,    Atlanta, GA 30374-0640
12010763     +National Bank & Trust Sycamore,    1425 DeKalb Avenue,    Sycamore, IL 60178-2798
12010765      North Shore Agency,    270 Spagnoli Road, Suite 111,    Melville, NY 11747-3515
12206481      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12010766     +Primary Financial Services,    3115 North 3rd Avenue, Suite 112,    Phoenix, AZ 85013-4359
12010767     +RMS,    55 Shuman Road,    P.O. Box 3100,    Naperville IL 60566-7100
12010768     +RRCA Accounts Management,    312 Locust,    Sterling, IL 61081-3539
12180843     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12010769      Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
12125686     +Town of Cortland,    PO Box 519,    Cortland, IL 60112-0519

The following entities were served by electronic transmission on Nov 20, 2008.
12010758      E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2008 02:01:16      GE Money Bank,   P.O. Bank 981127,
               El Paso, TX 79998-1127
12080233      E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2008 02:03:19
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: lorsmith           Page 2 of 2              Date Rcvd: Nov 19, 2008
Case: 08-70652               Form ID: pdf002          Total Served: 33

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2008**                    **Signature:**   /s/ Joseph Speetjens